

# United States District Court
# Eastern District of California

Jose Juan Lugo

Plaintiff(s)

V.

Martin O'Malley, Commissioner of SSA

Defendant(s)

Case Number: 2:24-cv-00885-JDP (SS)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jennifer L. Dunn, Esq. hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
Plaintiff, Jose Juan Lugo

On 11/28/2006 (date), I was admitted to practice and presently in good standing in the
Commonwealth of Massachusetts (court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

Date: 03/21/2024          Signature of Applicant: /s/ Jennifer L. Dunn

**Pro Hac Vice Attorney**

Applicant's Name: Jennifer L. Dunn, Esq.

Law Firm Name: Dunn Law, PLLC

Address: 890 Winter Street, Suite 230

City: Waltham          State: MA          Zip: 02451

Phone Number w/Area Code: (781) 478-7081

City and State of Residence: North Andover, MA

Primary E-mail Address: jdunn@dunnlawfirmpllc.com

Secondary E-mail Address: jdunn136@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Rachel V. Slocombe, Esq.

Law Firm Name: Southern California Disability Attorneys

Address: 1310 Laveta Terrace

City: Los Angeles          State: CA          Zip: 90026

Phone Number w/Area Code: (310) 751-6161          Bar #: 248880

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  April 4, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 28, 2006**, said Court being the highest Court of Record in said Commonwealth:

## Jennifer Latstetter Dunn

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **eleventh** day of **March**

in the year of our Lord **two thousand and twenty-four.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.