PHILLIP TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4864
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSE JUAN LUGO,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 2:24-cv-00885-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended twenty-one (21) days from July 29, 2024 up to and including August 19, 2024.

    This is Defendant's first request for an extension, and it is made with good cause. Defendant's counsel needs additional time to consult with her client and prepare the brief, as necessary. Moreover, counsel has six other briefs due by mid-August, in addition to other litigation matters. Defendant requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                    Respectfully submitted,

Dated: July 18, 2024                 /s/ *Jennifer L. Dunn , PHV\**
                                         *(\*as authorized via e-mail on July 18, 2024)*
                                           JENNIFER L. DUNN , PHV
                                           Attorney for Plaintiff

Dated: July 18, 2024                 PHILLIP A. TALBERT
                                           United States Attorneys

                                             MATHEW W. PILE
                                             Associate General Counsel
                                             Office of Program Litigation, Office 7

                             By:       */s/ Mary Tsai*
                                             MARY TSAI
                                             Special Assistant U.S. Attorney
                                             Office of Program Litigation, Office 7

                                             Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 19, 2024, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   July 22, 2024                                      
                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE